1
2                     UNITED STATES DISTRICT COURT
3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
4                              OAKLAND DIVISION
5

| | |
|---|---|
| 6  DEMETRIO P. PANTOJA, | Case No: C 11-2946 SBA |
| 7           Plaintiff, | **ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| 8      vs. | |
| 9  BAC HOME LOANS SERVICING, LP FKA COUNTRY WIDE HOME LOANS SERVICING L.P., organized and existing under law of New York, RECONSTRUST COMPANY, N.A., is organized and exists under the laws of the State of Texas, | |
| 12           Defendants. | |

14
15        Plaintiff Demetrio P. Pantoja, acting pro se, filed the instant mortgage fraud action in
16   this Court on June 15, 2011. Dkt. 1. On July 8, 2011, Defendants BAC Home Loans
17   Servicing, LP and ReconTrust Company, N.A., filed a motion to dismiss under Federal
18   Rule of Civil Procedure 12(b)(6). Dkt. 15.[1] Under Civil Local Rule 7-3(a), an opposition
19   to a motion must be filed within fourteen days of the date the motion was filed, and the
20   reply is due seven days thereafter. As such, Plaintiff's response to the motion should have
21   been filed by no later than July 22, 2011. To date, Plaintiff has not filed any response to
22   Defendants' motion.
23        This Court's Standing Orders warn that the failure to file a response to a motion may
24   be deemed to be a consent to the granting of the unopposed motion. Dkt. 14 at 5. As such,
25   it is well within the discretion of the Court to grant Defendants' motion as unopposed and

---

[1] The case was assigned to Magistrate Judge Elizabeth Laporte. The case was reassigned to this Court on August 5, 2011. Dkt. 13. On August 26, 2011, Defendants renoticed their motion and the matter was set for hearing on December 13, 2011. Dkt. 15, 18.

dismiss the action.  See Fed. R. Civ. P. 41(b); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Nevertheless, mindful of its obligation to first consider to less drastic alternatives, the Court will afford Plaintiff one further opportunity to respond to the pending motion.  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall have until November 18, 2011 to file and serve his response (i.e., either an opposition or a statement of non-opposition) to Defendants' Rule 12(b)(6) motion to dismiss.  Plaintiff's response shall comply in all respects with the Federal Rules of Civil Procedure and the Court's Civil Local Rules including, without limitation, Civil Local Rules 7-3 through 7-5.  **PLAINTIFF IS WARNED THAT THE FAILURE TO FILE A RESPONSE BY THIS DEADLINE AND/OR TO COMPLY WITH THIS ORDER OR ANY OTHER APPLICABLE PROCEDURAL RULES WILL RESULT IN THE GRANTING OF THE PENDING MOTION AND THE DISMISSAL OF THIS ACTION.**  In the event Plaintiff timely files a response, Defendants may file a reply seven days after the deadline for Plaintiff's response.

IT IS SO ORDERED.

Dated: November 8, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PANTOJA et al,

        Plaintiff,

  v.

BAC HOME SERVICING, LP et al,

        Defendant.

                                                  Case Number: CV11-02946 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrio P. Pantoja
1857 Letterkenny Drive
Lincoln, CA 95648

Dated: November 9, 2011
                                     Richard W. Wieking, Clerk

                                        By: LISA R CLARK, Deputy Clerk